**Order entered November 24, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00411-CV

## TONYA PARKS, Appellant

## V.

## AFFILIATED BANK, ET. AL., Appellees

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-19-01614-B**

### ORDER

By letter filed November 19, 2021, appellant informs the Court the reporter's record filed November 15 is incomplete. Specifically, it does not include the record of the June 5, 2020 hearing on appellees' plea to the jurisdiction or the record of the May 15, 2021 hearing on appellant's motion for new trial and motion to vacate.

We construe appellant's letter as a motion to supplement the reporter's record. We **GRANT** the motion and **ORDER** Robin N. Washington, Official

Court Reporter for County Court at Law No. 2, to file the record of the June 2020 and May 2021 hearings no later than December 13, 2021.  Because the record was first due July 6, 2021, we caution Ms. Washington that any extension requests will not be granted absent exigent circumstances.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Washington and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE